**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| COREY J. STARNES, MUJEEBULLAH K. DURRANI, HAROLD M. JENNINGS, JR., RHASHANDA MENIFEE, TANYA CHAGOIS, MICHAEL SCOTT, PATRICIA PULLIAM, CHRISTOPHER HARRIS, DEMETRICE M. PRINCE, GARY S. CYRLIN, SHELENE A. DUNN, CLYDE FRANCIOS, VALERIE A.  DELAUNE, BARBARA ELLEN MAY, LADY JUNE KIRKLAND, MARIA PONCIO VALLEJO, EDDIE D. WADDLE, AND THEOADORA BENOIT, | § § § § § § § § § § § § § § § § § § § § § | **CIVIL ACTION NO.: _____** |
| *Plaintiffs*, | | |
| v. | | |
| LTD FINANCIAL SERVICES I, INC. and LTD FINANCIAL SERVICES, L.P., | | **JURY TRIAL DEMANDED** |
| *Defendants*. | | |

**ORIGINAL COMPLAINT**

**A.    *Introduction, Jurisdiction and Venue.***

1.  Corey J. Starnes, Mujeebullah K. Durrani,  Harold  M.  Jennings,  Jr.,  Rhashanda Menifee, Tanya Chagois, Michael Scott, Patricia Pulliam, Christopher Harris, Demetrice M. Prince, Gary S. Cyrlin, Shelene A. Dunn, Clyde Francios, Valerie A. Delaune, Barbara Ellen May, Lady June Kirkland, Maria Poncio Vallejo, Eddie D. Waddle, and Theoadora Benoit. ("The Agents") were employed as collection agents by LTD Financial Services I, Inc. and LTD Financial Services, L.P. ("LTD").  The Agents sue for the unpaid overtime pay owed to them under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* (the "FLSA").

1

2.      This Court has jurisdiction because The Agents' claims present a federal question as they arise under the FLSA.

3.      Venue is proper in this district because the relevant acts and omissions occurred in this district.

**B.      *The Parties.***

4.      The Agents are individuals who were employed by LTD within the meaning of the FLSA.

5.      LTD Financial Services I, Inc. is a Texas corporation and employed The Agents within the meaning of the FLSA.  LTD Financial Services I, Inc. is an enterprise engaged in commerce and is subject to the FLSA.  LTD may be served with process through its registered agent, Leonard J. Pruzansky, at 7322 Southwest Freeway, Suite 1600, Houston, Texas 77074, or at any other place where Leonard J. Pruzansky may be found.

6.      LTD Financial Services, L.P. is a Texas limited partnership and employed The Agents within the meaning of the FLSA.  LTD Financial Services, L.P. is an enterprise engaged in commerce and is subject to the FLSA.  LTD may be served with process through its registered agent, Leonard J. Pruzansky, at 7322 Southwest Freeway, Suite 1600, Houston, Texas 77074, or at any other place where Leonard J. Pruzansky may be found.

**C.      *The Facts.***

7.      LTD is a collection agency.

8.      As LTD employees, The Agents' primary responsibility was to contact debtors whose credit accounts were delinquent and to secure payment from those debtors, either in a lump sum or on a payment plan over time.

9.      The Agents regularly worked more than forty hours per week for LTD.

10.     LTD paid The Agents a purported salary.  If, however, The Agents' arrived at their workplace after the start of their scheduled shift, or if The Agents left the workplace prior to the end of their scheduled shift, LTD docked The Agents' pay for the time missed.

11.     Conversely, if The Agents started work prior to the start of their scheduled shift, or if The Agents continued to work after the end of their scheduled shift, The Agents received no extra compensation.

**D.     *LTD Violated The FLSA.***

12.     The Agents were non-exempt employees and were entitled to receive overtime pay from LTD.

13.     LTD knew The Agents were entitled to overtime pay or showed reckless disregard for whether The Agents were so entitled.

14.     LTD, however, failed and refused to pay The Agents overtime compensation as required under the FLSA.

15.     Because of LTD's failure and refusal to pay The Agents overtime compensation, The Agents are entitled to judgment on their claims for their unpaid overtime, an equal amount as liquidated damages, and mandatory attorneys' fees and costs.

**E.     *Jury Demand*.**

16.     The Agents demand a trial by jury.

**F.**     *Prayer.*

The Agents respectfully request that LTD be summoned to appear and answer, and that thereafter the Court award them judgment against LTD for:

(1).     their unpaid overtime compensation;

(2).     an amount equal to their unpaid overtime compensation as liquidated damages;

(3).     reasonable attorneys' fees and costs;

(4).     pre-judgment and post-judgment interest at the highest rates allowed by law; and

(5).     such other relief as may be allowed by law.

Respectfully submitted,

**FIBICH, HAMPTON, & LEEBRON L.L.P.**

**/S/ Michael Josephson**

By: _____

Michael A. Josephson
State Bar No. 24014780
S.D. of Texas No. 27157
1401 McKinney, Suite 1800
Houston, Texas 77010
(713) 751-0025 – Telephone
(713) 751-0030 – Facsimile

**BRUCKNER BURCH PLLC**

Richard J. Burch
State Bar No. 24001807
S.D. of Texas No. 21615
5847 San Felipe, Suite 3900
Houston, Texas  77057
(713) 877-8788 – Telephone
(713) 877-8065 – Facsimile